# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE CROSS AND BLUE SHIELD ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:21-cv-04398 |

### NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(a)(i)

Plaintiff LEXINGTON INSURANCE COMPANY ("Lexington") hereby gives notice of dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), and confirms that this notice is submitted to the Court before the Defendant has appeared, filed an answer or motion for summary judgment in this action.

Dated: October 1, 2021

Respectfully submitted,

**LEXINGTON INSURANCE COMPANY**

By: s/ David T. Brown
David T. Brown
Kyle McConnell
KAUFMAN DOLOWICH
& VOLUCK, LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
T: (312) 646-6744
F: (312) 896-9403
Email: dbrown@kdvlaw.com
    kmcconnell@kdvlaw.com

4846-9332-9660, v. 1