# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lexington Insurance Company

                                    Plaintiff,

v.                                                                  Case No.: 1:21−cv−04398

                                                                                       Honorable John J. Tharp Jr.

Blue Cross and Blue Shield Association.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 5, 2021:

       MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiff's notice for voluntary dismissal [6] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is concluded. Civil Case Terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.